In re FARLEY, State Com'r of Excise. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16,893, issued to William A. Thater, and transferred to Catherine Cronin. No opinion. Motion for re-

argument denied, with $10 costs. For former decision, see 161 App. Div. 63, 146 N. Y. Supp. 291.

In re FARLEY. In re SPIER. (Supreme Court, Appellate Division, First Department. April 9, 1914.) In the matter of William W. Farley. In the matter of Alexander Spier. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 205, 146 N. Y. Supp. 473.